IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENEE L. MARTIN,

    Plaintiff,

v.

LITTON LOAN SERVICING, LP;
OCWEN LOAN SERVICING, LLC;
and DOES 1-30, inclusive,

    Defendants.
_____/

No. 2:12-cv-00970-MCE-EFB PS

ORDER

       On August 22, 2012, the Magistrate Judge filed findings and recommendations herein (ECF No. 23) which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

       The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed findings and recommendations in full.

       Accordingly, IT IS ORDERED that:

       1.  The proposed findings and recommendations (ECF No. 23) filed August 22, 2012, are ADOPTED IN FULL; and

2. Plaintiff's motion for a temporary restraining order and an order to show cause regarding a preliminary injunction (ECF No. 22) is DENIED.

Dated: November 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE