UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE L. MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>LITTON LOAN SERVICING, LLP, et al.,<br><br>    Defendants. | No. 2:12-cv-00970-MCE-EFB<br><br>**ORDER RE: REQUEST FOR RECONSIDERATION BY THE DISTRICT COURT** |

On November 14, 2012, Magistrate Judge Brennan held a hearing on Plaintiff's Motion for a Preliminary Injunction. (ECF No. 28.) On November 15, 2012, Judge Brennan issued Findings and Recommendations which recommended that Plaintiff's Motion for a Preliminary Injunction be denied without prejudice. (ECF No. 47.) Plaintiff filed a Request for Reconsideration by the District Court on November 20, 2012. (ECF No. 48.) This Court declines to reconsider the findings and recommendations by Judge Brennan. Accordingly, Plaintiff's Request for Reconsideration (ECF No. 48) is referred to Judge Brennan for his determination of what action, if any. should be taken.

**IT IS SO ORDERED.**

Dated: November 21, 2012

                                         MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE