IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENEE L. MARTIN,

        Plaintiff,

vs.

LITTON LOAN SERVICING, LP;
OCWEN LOAN SERVICING, LLC;
and DOES 1-30, inclusive,

        Defendants.

No. 2:12-cv-970-MCE-EFB PS

ORDER

      On November 20, 2012, plaintiff filed a motion for the district court to reconsider findings and recommendations that the undersigned issued on November 15, 2012 recommending denial of plaintiff's motion for a preliminary injunction. Dckt. No. 48. On November 26, 2012, the district court referred that motion for reconsideration to the undersigned for "determination of what action, if any, should be taken." Dckt. No. 49.

      In the motion, plaintiff contends that defendants have now posted a Notice of Trustee's Sale, setting a sale date of December 14, 2012, even though defendants' counsel represented that defendants would not notice such a sale until after the court has heard defendants' pending motion to dismiss and/or the parties have conducted an early settlement conference. Dckt. No. 48, Ex. 5. Plaintiff also notes that the findings and recommendations specifically found that

1

plaintiff failed to establish the irreparable injury element since the sale date had not yet been scheduled and since defendants' counsel represented that such a sale would not be set in the immediate future. *Id.* at 4.

Accordingly, IT IS HEREBY ORDERED that:

1. On or before November 28, 2012, defendants shall file a response to plaintiff's motion for reconsideration. Defendants shall specifically address why a Notice of Trustee's Sale was posted after defense counsel represented that such a sale would not be posted until after the court heard defendants' pending motion to dismiss and/or the parties conducted an early settlement conference.

2. On or before November 30, 2012, plaintiff shall file a reply to any response filed by defendants.[1]

Dated: November 26, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] No hearing date is set at this time. If, after reviewing the parties' filings, the undersigned determines that a hearing would be helpful, a hearing will be set at that time.

2