UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE' L. Martin,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LITTON LOAN SERVICING LP, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-00970-MCE-EFB PS<br><br>**MEMORANDUM AND ORDER** |

　　　　Plaintiff, proceeding pro se, has filed this action seeking relief related to real property located in Elverta, California.  Defendants moved to dismiss Plaintiff's First Amended Complaint.  (ECF No. 32.)  Plaintiff also filed a Motion for Preliminary Injunction.  (ECF No. 28.)  On January 16, 2013, the Magistrate Judge filed Findings and Recommendations.  (ECF No. 65.)  Those Findings and Recommendations granted in part and denied in part Defendants' Motion to Dismiss.  (Id.)  The Magistrate Judge's Findings and Recommendations also recommended that Plaintiff's Motion for Preliminary Injunction be granted.  (Id.)

　　　　On January 30, 2013 (ECF No. 67), and again on February 25, 2013 (ECF No. 69) Plaintiff filed objections to the Findings and Recommendations.  The Court reviewed the Findings and Recommendations, and considered Plaintiff's objections.  On April 26, 2013, the Court issued an order adopting the proposed Findings and Recommendations in full.  (ECF No. 72.)  Pursuant to the Court's order, Plaintiff's Motion for a Preliminary

1   Injunction was granted, and Plaintiff was ordered to deposit with the Clerk of the Court a
2   payment in the amount of $1143.00 on the first of each month or on the first business
3   day after if the first falls on a weekend or court holiday.  (Id. at 2-3.)
4        Plaintiff then filed a Motion for Reconsideration.  (ECF No. 74.)  Plaintiff objects to
5   the Court's requirement that Plaintiff make the monthly payment of $1143.00 on the first
6   of each month.  Plaintiff contends that fairness requires that the Court modify the order
7   to state that the payment should be received no later than the 10th of each month.
8        Reconsideration is appropriate if the court: (1) is presented with newly discovered
9   evidence; (2) committed clear error or the initial decision was manifestly unjust; or (3) if
10  there is an intervening change in controlling law.  Sch. Dist. No. 1J v. ACandS, Inc., 5
11  F.3d 1255, 1263 (9th Cir. 1993).  Plaintiff has failed to show that any of these
12  requirements are met.  Although Plaintiff claims that she will be immediately in
13  noncompliance with the Court order "through no fault of her own," Plaintiff fails to explain
14  why she is unable to use a previous month's rent payment to make the bond payment
15  due on the first of the next month.  Accordingly, there is no manifest injustice in the
16  Court's order, and as such Plaintiff's Motion for Reconsideration is DENIED.  (ECF No.
17  74.)
18       Plaintiff also requests that the Court's order be modified to provide that Plaintiff
19  may elect to send the payment to Ocwen each month, as the Magistrate Judge's
20  Findings and Recommendations provided.  Notably, the Court previously adopted the
21  Findings and Recommendations in full.  As such, this provision was adopted by the
22  Court as part of the Findings and Recommendations.  Plaintiff may therefore pay Ocwen
23  each month if she so chooses, but this payment is in addition to the bond payment that
24  must be made to the Court each month.
25       On July 11, 2013, Defendants filed a Notice of Plaintiff's Failure to Post Bond.
26  (ECF No. 79.)  Defendants state that Plaintiff has failed to post the bond due for the
27  months of June and July, and request that the Court dissolve Plaintiff's injunction.
28  However, on July 18, 2013, the Clerk's Office gave notice that the Court has received

three payments from Plaintiff, each in the amount of $1143, pursuant to the Court's Order. The payments were received on May 1, 2013 (May payment); May 31, 2013 (June payment); and June 27, 2013 (July payment). Accordingly, Defendants' request that the preliminary injunction be dissolved for failure to pay is DENIED AS MOOT.

Accordingly, it is hereby ordered that Plaintiff's Motion for Reconsideration (ECF No. 74) is DENIED.

IT IS SO ORDERED.

Dated: July 23, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT