IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENEE' L. MARTIN,

        Plaintiff,                No. 2:12-cv-970-MCE-EFB PS

    vs.

LITTON LOAN SERVICING LP, et al.,     <u>ORDER</u>

        Defendants.

       This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302(c)(21). On July 24, 2013, plaintiff filed a motion for sanctions and a motion for summary judgment, and noticed both matters for hearing on August 21, 2013. ECF Nos. 85, 86. Then, on July 31, 2013, plaintiff filed a request to correct a typographical error in the points and authorities supporting her summary judgment motion. ECF No. 90. Plaintiff's request to correct that error is granted. However, in light of the pending motion to dismiss, which this court took under submission on July 19, 2013 and is still pending, ECF Nos. 77 and 83, the hearing on plaintiff's motion for sanctions and motion for summary judgment will be continued.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to correct the typographical error in the points and authorities supporting her summary judgment motion, ECF No. 90, is granted.

2. The word "not" will be deemed inserted between the words "was" and "executed" on page 25 at line 17 of plaintiff's points and authorities supporting her summary judgment motion, ECF No. 86-1 at 27 (paragraph number 4 of plaintiff's conclusion).

3. The August 21, 2013 hearings on plaintiff's motions for sanctions and for summary judgment, ECF Nos. 85 and 86, are continued to October 23, 2013 at 10:00 a.m. in Courtroom No. 8.[1]

4. The status (pretrial scheduling) conference currently set for September 18, 2013 is continued to December 18, 2013 at 10:00 a.m. in Courtroom No. 8.

5. On or before December 4, 2013, the parties shall file status reports, as provided in the court's April 13, 2012 order.

DATED: August 7, 2013.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE

---

[1] The deadlines for the parties to file oppositions and reply briefs are set forth in Local Rule 230.