1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RENEE' L. MARTIN,                          No.  2:12-cv-970-MCE-EFB PS

12                 Plaintiff,

13          v.                                  ORDER

14   LITTON LOAN SERVICING LP, et al.,

15                 Defendants.

16

17          On March 12, 2014, the magistrate judge filed findings and recommendations herein

18   which were served on the parties and which contained notice that any objections to the findings

19   and recommendations were to be filed within fourteen days.  Plaintiff filed objections on March

20   26, 2014, and they were considered by the undersigned.

21          This court reviews de novo those portions of the proposed findings of fact to which

22   objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore

23   Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As

24   to any portion of the proposed findings of fact to which no objection has been made, the court

25   assumes its correctness and decides the motions on the applicable law.  See Orand v. United

26   States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

27   reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

28   /////

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1.   The proposed Findings and Recommendations filed March 12, 2014, are ADOPTED;

2.   Defendants' motion to dismiss plaintiff's second amended complaint, ECF No. 77, is granted as follows:

a. Plaintiff's RESPA claim be dismissed without prejudice and with leave to amend.

b. Plaintiff's no contract claim be dismissed with prejudice and without leave to amend.

c. Plaintiff's Internal Revenue Code claim be dismissed with prejudice and without leave to amend.

d. Plaintiff's quasi contract claim be dismissed with prejudice and without leave to amend.

e. Plaintiff's quite title claim be dismissed without prejudice and with leave to amend.

f. Plaintiff's intentional infliction of emotional distress claim be dismissed with prejudice and without leave to amend.

g. Plaintiff's negligent misrepresentation claim be dismissed with prejudice and without leave to amend.

3.   Plaintiff is granted thirty days from the date of service of this order to file a third amended complaint as provided in the magistrate judge's findings and recommendations.  The third amended complaint must bear the docket number assigned to this case and must be labeled "Third Amended Complaint." Leave to file an amended the complaint is granted only to provide plaintiff an opportunity to cure the deficiencies identified herein, and not to assert new claims for relief. Should plaintiff fail to timely file a third amended complaint in accordance with this order, this action proceed on plaintiff's second amended complaint as narrowed herein.

/////

1       4.  Plaintiff's motion for summary judgment, ECF No. 86, is denied.

2    Dated:  March 27, 2014

3

4                                                _____
                                                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
5                                                UNITED STATES DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28