UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE' L. MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>LITTON LOAN SERVICING LP, et al.,<br><br>    Defendants. | No. 2:12-cv-970-MCE-EFB PS<br><br><br><br>ORDER |

Plaintiff requests an extension of time to file her third amended complaint pursuant to the district judge's March 28, 2014 order.[1] By minute order filed June 6, 2014, the time to file the amended complaint was enlarged until June 20, 2014. Plaintiff's request, dated June 10, 2014, appears to predate her receipt of the court's minute order. Accordingly, plaintiff's request (ECF No. 112) is granted in part and plaintiff has until July 7, 2014 to file her third amended complaint.

So ordered.

Dated: June 17, 2014.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1).