1
2
3
4
5
6
7    **UNITED STATES DISTRICT COURT FOR THE**
8    **EASTERN DISTRICT OF CALIFORNIA**
9

| RENEE' L. MARTIN | Case No. 2:12-cv-00970-MCE-EFB-PS |
|---|---|
| Plaintiff, | |
| vs. | Hon. Morrison C. England<br>Magistrate Judge Edmund F. Brennan |
| LITTON LOAN SERVICING, LP; OCWEN LOAN SERVICING, LLC; DEUTSCHE BANK NATIONAL TRUST COMPANY; WESTERN PROGRESSIVE, LLC and DOES 1-30, inclusive, | **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT** |
| Defendants. | Complaint Filed: April 12, 2012<br>TAC Filed: June 27, 2014 |

Defendants LITTON LOAN SERVICING LP; OCWEN LOAN SERVICING, LLC; Deutsche Bank National Trust Company as Trustee for Long Beach Mortgage Loan Trust 2004-3, Asset-Backed Certificates, Series 2004-3 (erroneously sued as DEUTSCHE BANK NATIONAL TRUST COMPANY); and WESTERN PROGRESSIVE, LLC, through their undersigned counsel, brought an unopposed motion to request an extension of time of time to respond to the Third Amended Complaint.

1    The parties agreed that the new response deadline of August 6, 2014, to the
2 Third Amended Complaint. Based upon the agreement of the parties and for good
3 cause shown the motion is hereby GRANTED. The Defendants time to respond to
4 the Third Amended Complaint is expanded to August 6, 2014.
5    SO ORDERED.
6 DATED:  July 30, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE