UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE' L. MARTIN, | No. 2:12-cv-970-MCE-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| LITTON LOAN SERVICING LP, et al., | |
| Defendants. | |

On August 27, 2014 plaintiff filed a request for an extension of time to file an opposition to defendants' motion to dismiss. S*ee* Fed. R. Civ. P. 6(b). Defendants have filed an opposition thereto.

Good cause appearing, it is ORDERED that plaintiff's August 27, 2014 request for an extension of time (ECF No. 121) is granted. The hearing on defendants' motion to dismiss, currently set for September 17, 2014, is continued to October 8, 2014. Plaintiff shall file an opposition or statement of non-opposition to defendants' motion on or before September 24, 2014. Defendants' reply, if any, shall be filed by October 1, 2014.

SO ORDERED.

DATED: August 28, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE