UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE' L. MARTIN, | No. 2:12-cv-970-MCE-EFB PS |
| Plaintiff, | |
| v. | <u>ORDER AND ORDER TO SHOW CAUSE</u> |
| LITTON LOAN SERVICING LP, et al., | |
| Defendants. | |

On January 23, 2015, the court issued an order continuing the status (pretrial scheduling) conference to April 1, 2015, and directing the parties to file status reports by March 18, 2015. ECF No. 130. On March 25, 2015, defendants belatedly filed their joint status report. However, plaintiff failed to file her status report. Therefore, plaintiff will be ordered to show cause why she should not be sanctioned for her failure to comply with the court's January 23, 2015 order. E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); *see also* E.D. Cal. L.R. 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules.").

/////

/////

1

Accordingly, it is hereby ORDERED that:

1. The status (pretrial scheduling) conference currently set for April 1, 2015, is continued to May 6, 2015 at 10:00 a.m. in Courtroom No. 8.

2. On or before April 22, 2015, plaintiff shall file a status report addressing the issues raised in the court's April 13, 2012 order.  ECF No. 6.

3. On or before April 22, 2015, plaintiff shall also show cause, in writing, why sanctions should not be imposed for her failure to comply with the court's January 23, 2015 order.

4. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that this action be dismissed.

DATED:  March 25, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE