UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE' L. MARTIN,<br><br>  Plaintiff,<br><br>  v.<br><br>LITTON LOAN SERVICING LP, et al.,<br><br>  Defendants. | No.  2:12-cv-970-MCE-EFB PS<br><br><br>ORDER AFTER HEARING |

This matter was before the court on August 12, 2015, for hearing on defendants' motion to strike plaintiff's expert witness disclosure and preclude plaintiff's expert witnesses from trial. ECF No. 148.  Attorney Joshua Mino appeared on behalf of defendants; plaintiff appeared pro se.

For the reasons stated on the record, defendants' motion is denied and the court's scheduling order is modified as follows:

1. The parties shall make their initial expert disclosures by August 26, 2015, and rebuttal disclosures by September 23, 2015.

2. All discovery shall be completed by October 21, 2015.  Motions to compel discovery must be heard no later than September 30, 2015.

3. All pretrial motions, except motions to compel discovery, shall be completed on or before December 16, 2015.

/////

1

1    Plaintiff is admonished that failure to comply with the court's scheduling order, the
2 Federal Rules of Civil Procedure or the court's local rules may result in the imposition of
3 sanctions and/or a recommendation that this action be dismissed.
4    So Ordered.
5 DATED: August 14, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE