**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENEE' L. MARTIN<br><br>  Plaintiff,<br><br>vs.<br><br>LITTON LOAN SERVICING, LP; OCWEN LOAN SERVICING, LLC; DEUTSCHE BANK NATIONAL TRUST COMPANY; WESTERN PROGRESSIVE, LLC and DOES 1-30, inclusive,<br><br>  Defendants. | Case No. 2:12-CV-00970-MCE-EFB-PS<br><br>Hon. Morrison C. England<br>Magistrate Judge Edmund F. Brennan<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR ORDER MODIFYING SCHEDULING ORDER TO EXTEND MOTION CUT-OFF DEADLINE**<br><br>Action Filed: April 12, 2012<br>TAC Filed: June 27, 2014<br>Discovery Cutoff: September 16, 2015<br>Pretrial Conference: November 17, 2016<br>Trial Date: January 9, 2017 |

/ / /

/ / /

/ / /

/ / /

1
**[PROPOSED] ORDER**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

GOOD CAUSE APPEARING, the *ex parte* application brought by defendants Ocwen Loan Servicing, LLC and Litton Loan Servicing, LP (collectively "Defendants") to modify the Court's ~~August 14, 2015~~ May 7, 2015 Scheduling Order to extend the Motion Cut-Off deadline for 60 days from December 16, 2015 to February ~~16~~ 17, 2016 ("Motion") is HEREBY GRANTED.  *See* ECF Nos. 145, 159.  All pretrial motions, except motions to compel discovery, shall be completed on or before February 17, 2016.

**IT IS SO ORDERED.**

Dated: December 23, 2015.         _____
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE