1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE' L. MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>LITTON LOAN SERVICING LP, et al.,<br><br>    Defendants. | No. 2:12-cv-00970-MCE-EFB PS<br><br><br><br>ORDER |

On September 15, 2016, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case and the applicable legal standards. Good cause appearing, the Court concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 15, 2016 (ECF No. 189), are ADOPTED in full;

2. Defendants' motion for summary judgment (ECF No. 163) is GRANTED in part and DENIED in part as follows:

   a. Summary judgment is denied as to plaintiff's FDCPA claim against Ocwen for violation of 15 U.S.C. § 1692d(5) and (6); and

   b. The motion is GRANTED in all other respects, and

   c. This action proceeds on plaintiff's FDCPA claim against Ocwen for violation of 15 U.S.C. § 1692d(5) and (6);

3. Defendants' motion to dissolve the preliminary injunction and for an order releasing the bond (ECF No. 162) is GRANTED;

4. The preliminary injunction entered on April 26, 2013 is DISSOLVED, the related bond is exonerated, and the Clerk is directed to release those funds to defendants; and

5. The Clerk is directed to serve a copy of this order on the court's Financial Division.

IT IS SO ORDERED.

Dated:  September 30, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE