UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE' L. MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LITTON LOAN SERVICING LP, et al.,<br><br>　　　　　Defendants. | No.  2:12-cv-970-MCE-EFB PS<br><br><br>ORDER |

On September 15, 2016, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.  This Court adopted the findings and recommendations, thereby granting in part and denying in part Defendants' motion for summary judgment.  ECF No. 190.  Plaintiff subsequently filed an Opposition to this Court's Order.  ECF No. 191.  That Opposition is OVERRULED.[1]

///

///

///

---

[1] To the extent the filing may be construed as a motion for reconsideration, Plaintiff has provided no explanation as to why the prior decision should be reconsidered.  Accordingly, any such motion is DENIED.

In addition, the Clerk of the Court is unable to release the funds held subject to the bond in this case absent further specificity from the Court. Accordingly, not later than ten (10) days following the date this order is electronically filed, Defendants are directed to file a notice and proposed order with the Court advising as to who should receive what amount of principal, who should receive what amount of interest, and where the check should be mailed.

IT IS SO ORDERED.

DATED: November 7, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE