# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE' L. MARTIN<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LITTON LOAN SERVICING, LP; OCWEN LOAN SERVICING, LLC; DEUTSCHE BANK NATIONAL TRUST COMPANY; WESTERN PROGRESSIVE, LLC and DOES 1-30, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:12-CV-00970-MCE-EFB-PS<br><br>Hon. Morrison C. England, Jr.<br>Magistrate Judge Edmund F. Brennan<br><br>**ORDER RE: RELEASE OF BOND PROCEEDS**<br><br>Action Filed: April 12, 2012<br>TAC Filed: June 27, 2014<br>Discovery Cutoff: September 16, 2015<br>Pretrial Conference: November 17, 2016<br>Trial Date: January 9, 2017 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　On November 7, 2016, this Court entered an Order overruling Plaintiff's Opposition [ECF No. 191] to the Court's Order adopting the findings and recommendations granting in part and denying in part Defendants' motion for summary judgment and granting Defendant Motion to Dissolve the Preliminary Injunction [ECF No. 190] (the "Order"). In furtherance of the Order, IT IS

ORDERED that:

The preliminary injunction entered on April 26, 2013, has been DISSOLVED. The Clerk is directed to release the entire amount of the bond proceeds including all principal and interest accrued thereon to Ocwen Loan Servicing, LLC. The check should be made payable to the following:

"Houser & Allison, APC client trust account on behalf of Ocwen Loan Servicing LLC"

The Clerk shall mail the check to the following address:

Attn: Joshua Mino
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, CA 92618

IT IS SO ORDERED.

Dated:  November 22, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE